UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cr-80074-Ruiz/Reinhart

18 U.S.C. §§ 111(a)(1) and (b)

UNITED STATES OF AMERICA,

v.

HANNAH ROEMHILD,

    Defendant.
_____/

FILED BY  SP  D.C.

Oct 26, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
Assaulting a Federal Officer with a Deadly Weapon
(18 U.S.C. §§ 111(a)(1) and (b))

On or about January 31, 2020, in Palm Beach County, in the Southern District of Florida, the defendant,

**HANNAH ROEMHILD,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "J.B.," an officer and employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the Department of Homeland Security, United States Secret Service, while "J.B.," was engaged in, and on account of the

performance of his official duties, and in the commission of the offense, did use a deadly and dangerous weapon, that is, an automobile.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### COUNT TWO
Assaulting a Federal Officer with a Deadly Weapon
(18 U.S.C. §§ 111(a)(1) and (b))

On or about January 31, 2020, in Palm Beach County, in the Southern District of Florida, the defendant,

**HANNAH ROEMHILD,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "R.A.," an officer and employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the Department of Homeland Security, United States Secret Service, while "R.A.," was engaged in, and on account of the performance of his official duties, and in the commission of the offense, did use a deadly and dangerous weapon, that is, an automobile.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### COUNT THREE
Assaulting a Federal Officer with a Deadly Weapon
(18 U.S.C. §§ 111(a)(1) and (b))

On or about January 31, 2020, in Palm Beach County, in the Southern District of Florida, the defendant,

**HANNAH ROEMHILD,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "R.R.," an officer and employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the Department of Homeland

Security, United States Secret Service, while "R.R.," was engaged in, and on account of the performance of his official duties, and in the commission of the offense, did use a deadly and dangerous weapon, that is, an automobile.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


*Karen Gilbert* for
_____
ROLANDO GARCIA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

HANNAH ROEMHILD,

Defendant.
_____/

CASE NO. 20-cr-80074-Ruiz/Reinhart

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division:** (Select One)

___ Miami ___ Key West
___ FTL _X_ WPB ___ FTP

New Defendant(s)     Yes ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I    0 to 5 days    _X_
   II    6 to 10 days    ___
   III    11 to 20 days    ___
   IV    21 to 60 days    ___
   V    61 days and over    ___

   (Check only one)

   Petty ___
   Minor ___
   Misdem. ___
   Felony _X_

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____
   District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

*Karen Gilbert*
ROLANDO GARCIA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 763012

*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** HANNAH ROEMHILD

Case No: 20-cr-80074-Ruiz/Reinhart

Counts #: 1-3

Assaulting a Federal Officer with a Deadly Weapon

Title 18, United States Code, Section 111(a)(1) and (b)

**\*Max. Penalty:** up to 20 Years' Imprisonment; $250,000 Fine; 3 Years' Supervised Release, and a mandatory $100 special assessment.

Count #:

\* Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 20-cr-80074-Ruiz/Reinhart

### BOND RECOMMENDATION

DEFENDANT: HANNAH ROEMHILD

$250,000 Personal Surety Bond
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Rolando Garcia

Last Known Address: 31 Kirtland Street

Deep River, Connecticut

What Facility: _____

Agent(s):   S/A Scott Wilson, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 20-cr-80074-Ruiz/Reinhart |
| Hannah Roemhild, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____David Roth, Esq._____
*Printed name of defendant's attorney*

_____
*Judge's signature*

___Hon U.S. Magistrate Judge, Dave Lee Brannon___
*Judge's printed name and title*