UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  20-CR-80074-RAR

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

HANNAH EILEEN ROEMHILD,

     Defendant.

_____/

**JOINT RECOMMENDATION REGARDING SPECIAL CONDITIONS OF BOND**

THIS MATTER is scheduled before the Court for Initial Appearance on Wednesday, October 28, 2020, and the parties hereby respectfully submit for the Magistrate Court's consideration their proposed joint recommendation regarding setting special conditions of bond as follows:

1. Defendant is to reside with her parents in Connecticut under their care, custody and control of her mother Joanna Roemhild at 31 Kirtland Street, Deep River, CT 06417;

2. Defendant is to continue treatment at the Intensive Outpatient ("IOP") level of care at Middlesex Hospital Center for Behavioral Health Adult Outpatient Clinic in Connecticut. IOP will be 3 hours per day, 3 times per week;

3. Defendant is to obtain individual therapy with a primary clinician with experience in Bipolar Disorder.  Individual therapy should occur at least once a week until provider deems it clinically appropriate to reduce frequency;

4. Defendant and her family shall continue to participate in family therapy;

5. Defendant shall be followed by a psychiatrist for medication management;

6.       Defendant shall be permitted to travel throughout the tri-state area, i.e. New York, New Jersey and Connecticut, as long as the Defendant is in the care, custody and control of her mother, Joanna Roemhild; and

Dated:  October 27, 2020

| | |
|---|---|
| AUSA ROLANDO GARCIA | DAVID ROTH |
| Attorney of United States of America | Attorney for Defendant |
| Rolando.Garcia@usdoj.gov | droth@rothduncan.com |
| 500 S. Australian Ave., Ste. 400 | 515 N. Flagler Drive, Suite 325 |
| West Palm Beach, FL   33401 | West Palm Beach, FL   33401 |
| (561) 659-4772 | (561) 655-5529 |
| By: */s/ Rolando Garcia* | By: */s/ David Roth* |
| ROLANDO GARCIA | DAVID ROTH |
| Florida Bar No.: | Florida Bar No.:  116023 |

CHRISTOPHER A. HADDAD
Attorney for Defendant
chris@chrishaddad.com
7301 S. Dixie Highway, Unit B
West Palm Beach, FL   33405
(561) 832-1126

BY: */s/ Christopher  A. Haddad*
       CHRISTOPHER A. HADDAD
       Florida Bar No.: 0879592