UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-CR-80074-RAR

UNITED STATES OF AMERICA,
v.

HANNAH EILEEN ROEMHILD

Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that attorney David Roth, respectfully files his Notice of Appearance as counsel for the Defendant, HANNAH EILEEN ROEMHILD in this matter.

I HEREBY CERTIFY that on October 27, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission generated by CM/ECF.

ROTH & DUNCAN, P.A.
Northbridge Centre, Suite 325
515 North Flagler Drive
West Palm Beach, Florida 33401
Telephone: (561) 655-5529

_____
DAVID ROTH, ESQUIRE
Florida Bar #116023