UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80074-CR-Ruiz/Reinhart

UNITED STATES OF AMERICA

vs.

HANNAH ROEMHILD,
          Defendant.
                              /

## GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

(a)     Audio/video recordings which contain recordings of conversations had by the defendant were mailed to defense counsel. The written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent was mailed to defense counsel. A thumb drive with other discovery items was mailed to defense counsel.

The defendant did not testify before the Grand Jury.

(b)     DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials, pursuant to the Standing Discovery Order and to Rule 16(b) of the Federal Rules of Criminal Procedure.

The defendant does not have a criminal record other than her arrest in connection with State of Florida vs. Hannah Roemhild, Case No. 50-2020-CF-001029-AXXX-MB.

(c)     The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

(d)     The government will disclose any payments, promises of immunity, leniency,

1

preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).

(e) The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

(f) The defendant was identified in a show-up. The details are contained in the thumb drive that was mailed to defense counsel.

(g) The government has advised its agents and officers involved in this case to preserve all rough notes.

(h) The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

(i) The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

(j) The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

(k) No contraband is involved in this indictment.

(l) The SUV used in the commission of this offense is in the government's possession. It can be viewed by contacting the undersigned.

(m) Latent fingerprints and palm prints found on the SUV used in the commission of this offense have been identified by a government expert as those of the defendant. The Latent Prints Reports are contained in the thumb drive that was mailed to defense counsel.

(n) The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite the trial.

(o) The government will comply with the Schedule of Discovery.

      The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

                                        ARIANA FAJARDO ORSHAN
                                        UNITED STATES ATTORNEY

By:   *s/Rolando Garcia*
           Rolando Garcia
           FL Bar No. 763012
           Assistant U.S. Attorney
           Rolando.Garcia@usdoj.gov
           500 S. Australian Avenue, Suite 400
           West Palm Beach, Florida 33401
           TEL: (561) 820-8711
           FAX: (561) 805-9846

## CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                            *s/Rolando Garcia*
                                            Rolando Garcia
                                            Assistant U.S. Attorney