UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-CR-80074-RAR

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

HANNAH EILEEN ROEMHILD,

    Defendant.
_____/

## NOTICE OF INTENT TO RELY UPON DEFENSE OF INSANITY

PLEASE TAKE NOTICE that attorneys, Christopher A. Haddad and David Roth, respectfully, hereby give Notice of Intent to Rely upon Defense of Insanity pursuant to Rule 12.2.

Federal Rule of Criminal Procedure 12.2 states:

(a)    Notice of an Insanity Defense. A Defendant who intends to assert a defense of insanity at the time of the alleged offense must so notify an attorney for the government in writing within the time provided for filing a pre-trial motion, or at any later time the court sets, and file a copy of the notice with the clerk. A Defendant who fails to do so cannot rely on an insanity defense. The court may, for good cause, allow the Defendant to file the notice late, grant additional trial preparation time, or make other appropriate orders.

(b)    A Notice of Expert Evidence of a Mental Condition. If a Defendant intends to introduce expert evidence relating to a mental disease or defect or any other mental condition of the Defendant bearing on either

        (1)    the issue of guilt or

        (2)    the issue of punishment in a capital case, the Defendant must – within the

time provided for filing a pre-trial motion or at any later time the court sets – notify an attorney for the government in writing of this intention and file a copy of the notice with the clerk. The court may, for good cause, allow the Defendant to file the notice late, grant the parties additional trial preparation time, or make other appropriate Orders.

(c) Mental Examination.

 (1) Authority to Order an Examination; Procedures.

  (A) The court may order the Defendant to submit to a competency examination under 18 U.S.C. § 4241.

  (B) If the Defendant provides Notice under Rule 12.2(a), the court must, on the Government's motion, order the Defendant to be examined under 18 U.S.C. § 4242. If the Defendant provides Notice under Rule 12.2(b), the court may, upon the Government's motion, order the Defendant to be examined under procedures ordered by the court.

Accordingly, the Defendant respectfully submits her Notice of Intent to Rely Upon Defense of Insanity. This Notice is meant to provide Notice to the Government and to the Court that the defense intends to introduce evidence showing that Ms. Roemhild, at the time of the commission of the acts constituting the charged offenses, was suffering from a severe mental disease or defect rendering her unable to appreciate the nature and quality or the wrongfulness of her acts.

WE HEREBY CERTIFY that on December 14, 2020, we electronically filed the foregoing document with the Clerk of Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record via transmission generated by CM/ECF.

Respectfully submitted,

DAVID ROTH
Attorney for Defendant
droth@rothduncan.com
515 N. Flagler Drive, Suite 325
West Palm Beach, FL   33401
(561) 655-5529

By: */s/ David Roth*
　　　DAVID ROTH
　　　Florida Bar No.:  116023

CHRISTOPHER A. HADDAD
Attorney for Defendant
chris@chrishaddad.com
7301 S. Dixie Highway, Unit B
West Palm Beach, FL   33405
(561) 832-1126

BY: */s/ Christopher  A. Haddad*
　　　CHRISTOPHER A. HADDAD
　　　Florida Bar No.: 0879592