**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CR-80074-RAR**

**UNITED STATES OF AMERICA**

vs.

**HANNAH ROEMHILD,**
            Defendant.
_____/

**UNITED STATES' UNOPPOSED MOTION FOR PRETRIAL**
**MENTAL HEALTH EXAMINATION FOR**
**<u>DETERMINATION OF INSANITY AT TIME OF OFFENSE</u>**

The United States of America, through the undersigned Assistant United States Attorney, respectfully moves this Court, pursuant to Title 18, United States Code, Section 4242(a) and Federal Rule of Criminal Procedure 12.2(c), for a pretrial mental health examination of the defendant to determine whether she was insane at the time of the offenses alleged in the Information pending against her. In support of its motion, the government states the following:

1. The defendant has filed a Notice of Insanity Defense pursuant to Federal Rule of Criminal Procedure 12.2(a), thereby placing the government on notice that the defendant intends to rely on the defense of insanity at the time of the alleged offenses and may introduce expert testimony relating to a mental disease or defect or some other mental condition of the defendant bearing upon the issue of the defendant's guilt.

2. Upon the filing of such notice by the defendant, the United States is entitled to a court-ordered mental health examination of the defendant in order to determine

whether or not she was insane at the time of the alleged offenses, pursuant to Title 18, United States Code, Section 4242(a).

3. The defendant is presently on pre-trial release. The government has hired Harley V. Stock, Ph.D. to perform a psychological evaluation of the defendant, and to file a psychological report with the Court, pursuant to Title 18, United States Code, Section 4242(a). Dr. Stock is a board-certified forensic psychologist.

4. Dr. Stock will be reviewing the defendant's medical history in connection with the psychological evaluation. The undersigned Assistant United States Attorney has conferred with the defendant's attorneys concerning the release of her medical records. The parties have agreed to the issuance of subpoenas by the government to the defendant's medical providers in connection with the psychological evaluation to be conducted by Dr. Stock. Defense counsels have provided the government with a list of medical providers to be subpoenaed. Defense counsel has advised the government that the defendant authorizes the release of her medical records in connection with the psychological evaluation to be performed by Dr. Stock.

WHEREFORE, it is respectfully requested that the defendant be ordered to undergo a pretrial mental health examination in order to determine the existence of insanity at the time of the alleged offenses, and that the Court order the release of the

defendant's medical records, pursuant to government subpoena, in connection with the psychological evaluation to be performed.

                                                Respectfully submitted,

                                                ARIANA FAJARDO ORSHAN
                                                UNITED STATES ATTORNEY

By:   *s/Rolando Garcia*
            Rolando Garcia
            FL Bar No. 763012
            Assistant U.S. Attorney
            Rolando.Garcia@usdoj.gov
            500 S. Australian Avenue, Suite 400
            West Palm Beach, Florida 33401
            TEL: (561) 820-8711
            FAX: (561) 805-9846

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                *s/Rolando Garcia*
                                                Rolando Garcia
                                                Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CR-80074-RAR**

**UNITED STATES OF AMERICA**

vs.

**HANNAH ROEMHILD,**
        Defendant.
_____/

**ORDER FOR PRETRIAL MENTAL HEALTH EXAMINATION FOR**
**<u>DETERMINATION OF INSANITY AT TIME OF OFFENSE</u>**

Upon motion of the United States of America, pursuant to Title 18, United States Code, Section 4242(a) and Federal Rule of Criminal Procedure 12.2(c), it is HEREBY ORDERED that the Defendant, Hannah Roemhild, is forthwith to submit to a psychological examination by Harley V. Stock, PhD. in order to determine whether she was insane at the time of the offenses alleged in the Information pending against her.

IT IS FURTHER ORDERED that Dr. Stock report the results of this examination to the Court, the government and the defense counsel. The report shall contain an opinion as to whether the Defendant was, at the time of the offenses alleged against her in the Information, suffering from a mental disease or defect rendering her unable to appreciate the nature and quality or the wrongfulness of the conduct alleged.

IT IS FURTHER ORDERED that the defendant's medical records be released by her medical providers, pursuant to government subpoena, for the purpose of the psychological evaluation.

Pursuant to the Speedy Trial Act provisions of Title 18, United States Code, Section 3161(h)(1)(A), the time required for trial of the Defendant shall be tolled from the date of the instant order until the results of said examination are received by the Court, such period being a delay contemplated by Title 18, United States Code, Section 3161(h)(l)(A).

SO ORDERED on this _____ day of December, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**