UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  20-CR-80074-RAR

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

HANNAH EILEEN ROEMHILD,

    Defendant.
_____/

## MOTION FOR PERMISSION TO RESIDE AT FAMILY RESIDENCE IN MIDDLETOWN, CONNECTICUT

**COMES NOW** the Defendant, **HANNAH EILEEN ROEMHILD,** by and through her undersigned counsel, hereby respectfully submits this Motion for Permission to Reside at Family Residence in Middletown, Connecticut, and as grounds therefore states as follows:

1. Defendant is currently on pre-trial release under the supervision of U.S. Probation in Connecticut.  Her pre-trial release Officer is Elizabeth A. Ogilvie, 914 Lafayette Blvd., Bridgeport, CT  06604, (203) 551-3365.

2. Undersigned counsel has spoken with Ms. Ogilvie who indicates that the Defendant has been in full compliance with the conditions of her pre-trial release, including living and remaining at her residence under the guidance of her parents.  She has also been in full compliance with her mental health treatment and has been gainfully employed.

3. The Roemhild family owns a second home in Middletown, Connecticut and Ms. Roemhild is seeking permission to be allowed to reside at that residence independent of her parents' direct supervision.

4. In addition, Ms. Ogilvie has indicated to defense counsel that given the progress that Ms. Roemhild has made and her strict compliance with the rules and regulations of pre-trial

release and her adherence to the release conditions as ordered by the Magistrate that Ms. Ogilvie would be in agreement with the Court allowing her to reside at the Middletown residence.

5. Undersigned counsel has also conferred with Elizabeth Fernandes, one of Ms. Roemhild's support therapists, who indicates that Ms. Roemhild is in full compliance with her course of treatment, including medication adherence. Ms. Fernandes advises undersigned counsel that she concurs with the request herein. See attached letter.

6. It should be noted that the Government and the defense are in the process of preparing a joint proposed resolution which contemplates a finding of a verdict of not guilty by reason of insanity by this Honorable Court. The parties intend to present this in the near future to the Court.

7. Undersigned counsel has conferred with AUSA Marc Anton, who does not object to the requested relief herein.

**WHEREFORE**, the Defendant, **HANNAH EILEEN ROEMHILD,** respectfully request that the Court enter an Order granting her permission to reside at the family residence in Middletown, Connecticut without a parent being present.

Dated:  June 25, 2021

| | |
|---|---|
| DAVID ROTH | CHRISTOPHER A. HADDAD |
| Attorney for Defendant | Attorney for Defendant |
| droth@rothduncan.com | chris@chrishaddad.com |
| 515 N. Flagler Drive, Suite 325 | 319 Clematis Street, Suite 812 |
| West Palm Beach, FL  33401 | West Palm Beach, FL  33401 |
| (561) 655-5529 | (561) 832-1126 |
| | |
| By: */s/ David Roth* | BY: */s/ Christopher A. Haddad* |
|     DAVID ROTH |     CHRISTOPHER A. HADDAD |
|     Florida Bar No.:  116023 |     Florida Bar No.:  0879592 |