UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  20-CR-80074-RAR

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

HANNAH EILEEN ROEMHILD,

      Defendant.

_____/

## AGREED ORDER GRANTING MOTION FOR PERMISSION TO RESIDE AT FAMILY RESIDENCE IN MIDDLETOWN, CONNECTICUT

**THIS CAUSE** having come before the court upon a Motion for Permission to Reside at Family Residence in Middletown, Connecticut, and the Court after reviewing said Motion, it is hereby

**ORDERED AND ADJUDGED** that the Defendant is permitted to reside at family residence in Middletown, Connecticut independent of her parents' direct supervision. All other conditions of her pre-trial release shall remain in full force and effect.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this _____ day of June, 2021.


_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

Copies Furnished:
Christopher A. Haddad, Esq., chris@chrishaddad.com, pat@chrishaddad.com, 319 Clematis Street, Suite 812, West Palm Beach, FL   33401
David Roth, droth@rothduncan.com; kdaniels@rothduncan.com; 515 N. Flagler Drive, Suite 325, West Palm Beach, FL   33401
AUSA Marc Anton, Marc.Anton@usdoj.gov; 500 E. Broward Blvd., Ste. 700, Ft. Lauderdale, FL   33394