

# STATE OF CONNECTICUT
*DEPARTMENT OF MENTAL HEALTH AND ADDICTION SERVICES*
## RIVER VALLEY SERVICES

May 27, 2021

Attorney Chris Haddad

319 Clematis Street, Suite 812

West Palm Beach, Florida, 33401

Re: Hannah Roemhild

Dear Attorney Haddad,

It is my understanding that Ms. Roemhild will be having a court hearing in August 2021 and at that time she will be requesting a condition of her Probation to be allowed to reside independently at her home in Middletown, CT. This letter is to serve as collateral information to assist your legal team and the Judge in making that decision. Ms. Roemhild has been involved in active treatment with River Valley Services since December 2020. She has attended every scheduled session and fully participated in treatment which includes family counseling, individual counseling/psychotherapy, and medication management. Ms. Roemhild's symptoms have been managed by medications as well as her use of coping strategies. She has denied experiencing any psychiatric symptoms consistent with her diagnosis of Bipolar Disorder during her course of treatment. She reports medication adherence, as she has an app on her phone to monitor this. Ms. Roemhild has also been employed part time and reports job satisfaction. She looks forward to goals of continuing her education as well. Since Ms. Roemhild has made good progress in treatment, we have tapered her sessions from weekly to bi-weekly sessions in March 2021. Ms. Roemhild also has the opportunity to contact her treatment team or Mobile Response Team in between sessions for support as needed, though she has not required this level of support. Ms. Roemhild reported that she has been visiting her home in Middletown, CT with her family cleaning the home, decorating, and planting flowers which brings her hope for her future. Please accept this letter in the decision making process for Ms. Roemhild's request from the court and feel free to contact me at the number below with any questions/concerns.

Sincerely,

Elizabeth Fernandes, LCSW

River Valley Services

Community Support Program, Team B

P.O. Box 351

Middletown, CT, 06457

(860) 262-5277- office phone